**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

In re:   Nicholes Roy Bigelow
         Shelly Anne Bigelow              )    Case No. 1:16-bk-80554
                                          )
                                          )
              646 Century Dr.             )    Chapter 13
                                          )
           Cameron, NC 28326              )
         SS# xxx-xx-5288                  )
         SS# xxx-xx-7457                  )
                                          )
                     Debtor(s)            )


**AMENDED NOTICE TO CREDITORS AND PROPOSED PLAN\***
*to correct scriveners error in paragraph Section IV, 2b only

**The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on June, 23, 2016.**

**The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay you may be penalized.**

**Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.**

**A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.**

**CHAPTER 13 PLAN SUMMARY**

The Debtor proposes an initial plan, which is subject to modification, as follows:

**I.    Plan Payments**

The plan proposes a payment of $175.00 per month for a period of 36 months. The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed.

**II.    Administrative Costs**

    **1.    Attorney fees.**

        /_X_/    The Attorney for the Debtor will be paid the base fee of $4,500.00. The Attorney has received $85.00 from the Debtor pre-petition and the remainder of the base fee will be paid monthly by the Trustee as funds are available, after scheduled monthly payments to holders of domestic support obligations and allowed secured claims.

        /__/    The Attorney for the Debtor will file application for approval of a fee in lieu of the presumptive fee.

    **2.    Trustee costs.**  The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses.

**III.    Priority Claims**

All pre-petition claims entitled to priority under 11 U.S.C. §507 will be paid in full in deferred cash payments unless otherwise indicated.

    **1.    Domestic Support Obligations ("DSO")**

    a.    /_X_/  None

    b.    The name, address, and phone number, including area code, of the holder of any DSO as defined in §101(14A) is as follows:

| Name of DSO Claimant | Address, city & state | Zip code | Telephone number |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

c.  All **post-petition** DSO amounts will be paid directly by the Debtor to the holder of the claim and not by the Trustee.

d.  Arrearages owed to DSO claimants under 11 U.S.C. §507(a)(1)(A) not presently paid through wage garnishment will be paid by the Trustee as follows:

| Name of DSO Claimant | Estimated Arrearage Claim | Monthly Payment |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

2.  **Other priority claims to be paid by Trustee**

| Creditor | Estimated Priority Claim |
|---|---|
| | $ |
| | $ |
| | $ |

## IV. Secured Claims

1.  **Real Property Secured Claims**

a.  /__/   None

b.  All payments on any claim secured by real property will be paid by the Trustee unless the account is current, in which case the Debtor may elect to continue making mortgage payments directly. Arrearage claims will be paid by the Trustee as separate secured claims over the term of the plan, without interest.

| Creditor | Property Address | Residence or Non-Residence R/NR | Current Y/N | Monthly Payment | Arrearage Amount | If Current Indicate Payment by Debtor (D) or Trustee (T) |
|---|---|---|---|---|---|---|
| Freedom Mortgage | 646 Century Dr Cameron, NC | R | Y | $1190.21 | $0 | D |
| | | | | $ | $ | |
| | | | | $ | | |
| | | | | $ | $ | |

2. **Personal Property Secured Claims**

a. /__/  None

b. Claims secured by personal property will be paid by the DEBTOR as follows:

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per §1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
| Credit Union | 2013 Chrysler Town & Country | 13,934.00 | Y | $5,721.64 | $350.00 | $350.00 | % |
| Credit Union | 2003 Ford Excursion | $5,469.25 | Y | $0 | $235.00 | $235.00 | % |
|  |  | $ |  | $ | $ | $ | % |
|  |  | $ |  | $ | $ | $ | % |

The Trustee will disburse pre-confirmation adequate protection payments to secured creditors holding allowed purchase money secured claims. Claims having a collateral value of less than $2,000.00 will not receive adequate protection payments.

***To the extent that the valuation provisions of 11 U.S.C. § 506 do not apply to any of the claims listed above, the creditor's failure to object to confirmation of the proposed plan shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).***

3. **Collateral to be Released**

The Debtor proposes to release the following collateral:

| Creditor | Collateral to be Released |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

    **4.**    **Liens to be Avoided**

The Debtor pursuant to 11 U.S.C. §522 proposes to avoid the following liens on property to the extent that such liens impair the Debtor's exemption:

| Lien Creditor | Property |
|---|---|
|  |  |
|  |  |
|  |  |

**V.**    **Co-Debtor Claims**

The Debtor proposes to separately classify for payment in full the following claims for consumer debts on which an individual is liable with the Debtor:

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|---|---|---|---|
|  |  | % | $ |
|  |  | % | $ |
|  |  | % | $ |

**VI.**    **General Unsecured Claims Not Separately Classified**

General unsecured claims will be paid on a pro-rata basis, with payments to commence after priority unsecured claims are paid in full.  The estimated dividend to general unsecured claims is 3.14 %.

**VII.**    **Executory Contracts/Leases**

    a.    /__/    None

    b.    The following executory contracts and/or leases will be rejected:

| Creditor | Nature of lease or contract |
|---|---|
|  |  |
|  |  |

|  |  |
|---|---|
|  |  |

    c.    The following executory contract and/or leases will be assumed. The Debtor will pay directly all lease payments which come due from the petition filing date until confirmation of the plan. Upon confirmation, payments will be paid as follows:

| Creditor | Nature of Lease or Contract | Monthly payment | Monthly payment paid by Debtor (D) or Trustee (T) | Arrearage Amount | Arrearage paid by Debtor (D) or Trustee (T) | Arrearage monthly payment |
|---|---|---|---|---|---|---|
| AT&T | Cell Phone | $247.99 | D | $0.00 | n/a | $n/a |
|  |  | $ |  | $ |  | $ |
|  |  | $ |  | $ |  | $ |
|  |  | $ |  | $ |  | $ |

## VIII. Special Provisions

    a.    / _X_ / None

    b.    Other classes of unsecured claims and treatment

                _____

    c.    Other Special Terms _____

Date: July 20, 2016                /s/Christian B. Felden
                                       Attorney for Debtors
                                       Felden and Felden, P.A.
                                       PO Box 1399
                                       Jacksonville, North Carolina 28541-1399
                                       (919) 460-2008
                                       (888) 808-9991 fax
                                       NC State Bar No: 37438
                                       cbfelden@feldenandfelden.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| In re: Nicholes Roy Bigelow | | |
| Shelly Anne Bigelow ) | Case No. 1:16-bk-80554 |
| ) | |
| ) | |
| SS# xxx-xx-5288 ) | NOTICE TO CREDITORS |
| SS# xxx-xx-7457 ) | AND |
| ) | PROPOSED PLAN |
| Debtor(s) ) | |

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Amended Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

See attached matrix.

Date: July 20, 2016                                    /s/Christian B. Felden
                                                       Attorney for Debtors
                                                       Felden and Felden, P.A.
                                                       PO Box 1399
                                                       Jacksonville, North Carolina 28541-1399
                                                       (919) 460-2008
                                                       (888) 808-9991 fax
                                                       NC State Bar No: 37438
                                                       cbfelden@feldenandfelden.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0418-1<br>Case 16-80554<br>Middle District of North Carolina<br>Durham<br>Wed Jul 20 12:24:27 EDT 2016 | Durham<br>P.O. Box 26100<br>Greensboro, NC 27402-6100 | (p)CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 |
| AT&T<br>1918 Skibo Rd<br>Fayetteville, NC  28314-1519 | Best Buy<br>PO Box 9001007<br>Louisville, KY  40290-1007 | Capital One<br>PO Box 30285<br>Salt Lake City, UT  84130-0285 |
| Care Credit/Synchrony Bank<br>PO Box 960061<br>Orlando, FL  32896-0061 | Credit Union 1<br>1941 Abbott Rd<br>Anchorage, AK  99507-3448 | Freedom Mortgage Corp<br>907 Pleasant Valley Ave Ste 3<br>Mount Laurel, NJ  08054-1287 |
| Home Depot<br>PO Box 790328<br>Saint Louis, MO  63179-0328 | Kohl's<br>PO Box 2983<br>Milwaukee, WI  53201-2983 | Lowe's<br>PO Box 965046<br>Orlando, FL  32896-5046 |
| Navy Federal Bank<br>1800 Skibo Rd Ste 320<br>Fayetteville, NC  28303-3280 | Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119-3000 | USAA<br>1590 Skibo Rd Ste 101<br>Fayetteville, NC  28303-4298 |
| Christian Bennett Felden<br>Felden and Felden, P.A.<br>P.O. Box 1399<br>Jacksonville, NC 28541-1399 | Nicholes Roy Bigelow<br>646 Century Dr<br>Cameron, NC 28326-4027 | Richard M. Hutson II<br>Durham Chapter 13 Office<br>302 East Pettigrew St., Suite B-140<br>P. O. Box 3613<br>Durham, NC 27702-3613 |
| Shelley Anne Bigelow<br>646 Century Dr<br>Cameron, NC 28326-4027 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| AAFES/Star Card<br>PO Box 650410<br>Dallas, TX  75265-0410 | End of Label Matrix<br>Mailable recipients    18<br>Bypassed recipients     0<br>Total                  18 |